# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 7822 | **DATE** | 7/27/2005 |
| **CASE TITLE** | TAP PHARMACEUTICAL, ET AL vs. ATRIX LABS, ET AL | | |

**DOCKET ENTRY TEXT:**

Enter memorandum opinion and order regarding claim construction after completion of the Markman hearing.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | DW |
|---|---|---|