**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| TAP PHARMACEUTICAL PRODUCTS INC., TAKEDA CHEMICAL INDUSTRIES, LTD., and WAKO PURE CHEMICAL INDUSTRIES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ATRIX LABORATORIES, INC. and SANOFI-SYNTHELABO INC., <br><br> Defendants. | CASE NO.: 1:03 CV 7822 <br><br> JUDGE: James B. Zagel <br><br> Magistrate Judge: Geraldine Soat Brown |

**JOINT MOTION TO SUSPEND PROCEEDINGS
PENDING SETTLEMENT NEGOTIATIONS**

TAP Pharmaceutical Products Inc., Takeda Pharmaceutical Company Ltd. (formerly Takeda Chemical Industries, Ltd.), and Wako Pure Chemical Industries, Ltd. (collectively "Plaintiffs"), and QLT USA, Inc. (formerly Atrix Laboratories, Inc.) and Sanofi-Synthelabo Inc. (collectively "Defendants") respectfully move to suspend all proceedings in the above-captioned case until January 19, 2007, pending settlement discussions.

Plaintiffs and Defendants have made progress in recent settlement negotiations. They believe that settlement of their dispute will be assisted by suspending all further proceedings in the litigation for a period of time while settlement negotiations are being completed. It is hoped and expected that the negotiations which are presently pending will be consummated by January 19, 2007. By granting the requested suspension, and by staying proceedings, the Court will promote settlement of this case. The parties will promptly move to dismiss the action if settlement negotiations are successful. If settlement negotiations are not successful, the parties will confer regarding a schedule for remaining pre-trial discovery and will promptly submit any agreed-upon schedule to the Court for its approval.

In accordance with this motion, Plaintiffs and Defendants request that the Court issue an order to do the following:

(1) stay any ruling, and submission of position papers currently scheduled for December 29, 2006, on Defendants' Motion to Dismiss Plaintiff TAP Pharmaceutical Products Inc. For Lack of Standing (ECF No. 404);

(2) stay any ruling, and submission of opposition and reply papers, on Defendant Atrix Laboratories, Inc.'s Motion to Bar TAP Pharmaceutical Products Inc. and Takeda Chemical Industries, Ltd. from Seeking Lost Profits Damages (ECF No. 466);

(3) stay discovery, including depositions, service of Defendants' expert reports, and service of written discovery, until January 19, 2007;

(4) vacate the pretrial order due date of January 18, 2007 (see ECF No. 426);

(5) vacate the pretrial conference scheduled for January 22, 2007 (see ECF No. 426);

(6) vacate the January 29, 2007 trial date (see ECF No. 426);

(7) if settlement negotiations are not successful by January 19, 2007, the parties will promptly confer regarding a schedule for remaining pre-trial discovery and submit any agreed-upon schedule to the Court for its approval.

By filing this motion, the parties do not waive any right to re-open this case prior to January 19, 2007. Any party may move to re-open this case prior to January 19, 2007, and this motion will not be opposed.

The parties appreciate the Court's attention to this case.

A Proposed Order is attached.

Dated: December 22, 2006

Respectfully submitted,

**TAP Pharmaceutical Products, Inc., Takeda Pharmaceutical Company Ltd., and Wako Pure Chemical Industries, Ltd.,** Plaintiffs

By: William F. Cavanaugh, Jr.
    Stuart E. Pollack
    Christopher Y. Miller
    Steve Shin
    Laura Storto
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, New York 10036-6710

    Raymond Perkins
    James Hilmert
    Winston & Strawn
    35 West Wacker Drive
    Chicago, Illinois 60601

**Takeda Pharmaceutical Company Ltd., and Wako Pure Chemical Industries, Ltd.,** Plaintiffs

By: Gregory S. Norrod
    Heidi L. Belongia
    Michael Houston
    Foley & Lardner LLP
    321 North Clark Street, Suite 2800
    Chicago, Illinois 60610-4764

    Michael D. Kaminski
    Foley & Lardner LLP
    3000 K Street NW, Suite 500
    Washington, DC 20007-5143

Respectfully submitted,

**QLT USA, Inc. (formerly Atrix Laboratories, Inc.),** Defendant

By: /s/ Steven M. Evans_____
    Thomas R. Mulroy
    Steven M. Evans
    McGuire Woods LLP
    77 West Wacker Drive, Suite 4100
    Chicago, Illinois 60601-1815

    Michael A. Jacobs
    Morrison & Foerster
    425 Market Street
    San Francisco, California 94105-2482

    Donald R. Ware
    Vickie L. Henry
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600

**Sanofi-Synthelabo Inc.,** Defendant

By: Bruce E. Fader
    Mara Lainie Taylor
    Proskauer Rose LLP
    1585 Broadway
    New York, New York 10036

    Richard C. Pettus
    Pamela C. White
    McDermott, Will & Emery llp
    340 Madison Avenue
    New York, New York 10017

    Lazar P. Raynal
    McDermott, Will & Emery llp
    227 West Monroe
    Chicago, Illinois 60606-5096

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAP PHARMACEUTICAL PRODUCTS INC., TAKEDA CHEMICAL INDUSTRIES, LTD., and WAKO PURE CHEMICAL INDUSTRIES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ATRIX LABORATORIES, INC. and SANOFI-SYNTHELABO INC., <br><br> Defendants. | CASE NO.: 1:03 CV 7822 <br><br> JUDGE: James B. Zagel <br><br> Magistrate Judge: Geraldine Soat Brown |

**[PROPOSED] ORDER TO SUSPEND PROCEEDINGS
PENDING SETTLEMENT NEGOTIATIONS**

Plaintiffs TAP Pharmaceutical Products Inc., Takeda Pharmaceutical Company Ltd., and Wako Pure Chemical Industries, Ltd., and Defendants QLT USA, Inc. and Sanofi-Synthelabo Inc., having filed a motion to suspend proceedings pending settlement negotiations;

IT IS HEREBY ORDERED that:

(1) the Court has stayed any ruling, and submission of position papers currently scheduled for December 29, 2006, on Defendants' Motion to Dismiss Plaintiff TAP Pharmaceutical Products Inc. For Lack of Standing (ECF No. 404);

(2) the Court has stayed any ruling, and submission of opposition and reply papers, on Defendant Atrix Laboratories, Inc.'s Motion to Bar TAP Pharmaceutical Products Inc. and Takeda Chemical Industries, Ltd. from Seeking Lost Profits Damages (ECF No. 466);

(3) the Court has stayed discovery, including depositions, service of Defendants' expert reports, and service of written discovery, until January 19, 2007;

(4) the Court has vacated the pretrial order due date of January 18, 2007 (see ECF No. 426);

(5) the Court has vacated the pretrial conference scheduled for January 22, 2007 (see ECF No. 426);

(6) The Court has vacated the January 29, 2007 trial date (see ECF No. 426);

(7) if settlement negotiations are not successful by January 19, 2007, the parties will promptly confer regarding a schedule for remaining pre-trial discovery and submit any agreed-upon schedule to the Court for its approval.

IT IS SO ORDERED.

_____
James Zagel
United States District Judge

## SERVICE LIST

| | |
|---|---|
| Stuart E. Pollack<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York  10036<br>ph:  (212) 336-2000<br>fax:  (212) 336-2222<br>**Counsel for Plaintiffs** | Raymond C. Perkins<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, Illinois  60601<br>ph:  (312) 558-5600<br>fax:  (312) 558-5700<br>**Counsel for Plaintiffs** |
| Gregory S. Norrod<br>Heidi L. Belongia<br>Michael Houston<br>Foley & Lardner, LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois 60610<br>ph:  (312) 832-4500<br>fax:  (312) 832-4700<br>**Additional Counsel for Plaintiffs, Takeda Chemical Industries, Ltd. and Wako Pure Chemical Industries, Ltd.** | Michael D. Kaminski<br>Foley & Lardner, LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, D.C.  20007<br>ph:  (202) 672-5300<br>fax:  (202) 672-5399<br>**Additional Counsel for Plaintiffs, Takeda Chemical Industries, Ltd. and Wako Pure Chemical Industries, Ltd.** |
| Richard C. Pettus<br>McDermott Will & Emery<br>340 Madison Avenue, 17th Floor<br>New York, New York  10017<br>ph:  (212) 547-5505<br>fax:  (212) 547-5444<br>**Counsel for Defendant Sanofi-Synthelabo, Inc.** | Lazar P. Raynal<br>McDermott, Will & Emery LLP<br>227 West Monroe<br>Chicago, Illinois 60606-5096<br>ph:  (312) 372-2000<br>fax:  (312) 984-7700<br>**Counsel for Defendant Sanofi-Synthelabo, Inc.** |
| Bruce E. Fader<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, New York  10036<br>ph:  (212) 969-3000<br>fax:  (212) 969-2900<br>**Counsel for Defendant Sanofi-Synthelabo, Inc.** | |

## CERTIFICATE OF SERVICE

I, Steven M. Evans, an attorney, certify that I caused copies of this **JOINT MOTION TO SUSPEND PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS,** to be served upon the following individuals on December 22, 2006:

| | |
|---|---|
| (**By Facsimile**)<br>Stuart E. Pollack<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>ph: (212) 336-2000<br>fax: (212) 336-2222<br>direct fax: (212) 336-2848 | (**By Facsimile**)<br>Raymond C. Perkins<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>ph: (312) 558-5600<br>fax: (312) 558-5700 |
| (**By Facsimile**)<br>Richard C. Pettus, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue, 17th Floor<br>New York, New York 10017<br>ph: (212) 547-5505<br>fax: (212) 547-5444 | (**By Facsimile**)<br>Lazar P. Raynal<br>McDermott, Will & Emery LLP<br>227 West Monroe<br>Chicago, Illinois 60606-5096<br>ph: (312) 372-2000<br>fax: (312) 984-7700 |
| (**By Facsimile**)<br>Michael D. Kaminski<br>Foley & Lardner, LLP<br>3000 K Street, N.W.<br>Suite 500<br>Washington, D.C. 20007<br>ph: (202) 672-5300<br>fax: (202) 672-5399 | (**By Facsimile**)<br>Gregory S. Norrod<br>Heidi L. Belongia<br>Michael Houston<br>Foley & Lardner, LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois 60610<br>ph: (312) 832-4500<br>fax: (312) 832-4700 |
| (**By Facsimile**)<br>Bruce E. Fader<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, New York 10036<br>ph: (212) 969-3000<br>fax: (212) 969-2900 | |