**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TAP PHARMACEUTICAL PRODUCTS INC., TAKEDA CHEMICAL INDUSTRIES, LTD., and WAKO PURE CHEMICAL INDUSTRIES, LTD. ) ) ) ) | CASE NO.: 1:03-CV-7822 |
| ) | Judge James B. Zagel |
| Plaintiffs, ) ) | Magistrate Judge |
| - vs - ) ) | Geraldine Soat Brown |
| ATRIX LABORATORIES, INC., and SANOFI-SYNTHELABO, INC. ) ) ) ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective undersigned counsel, that the above-captioned case, including all Claims and Counterclaims between and among the parties, is hereby dismissed and discontinued with prejudice and without costs or attorneys' fees to any party as against another.

1

Dated: February 13, 2007

**TAP Pharmaceutical Products, Inc., Takeda Chemical Industries, Ltd., and Wako Pure Chemical Industries, Ltd.**

By:     s/ James M. Hilmert
    William F. Cavanaugh, Jr.
    Stuart E. Pollack
    Christopher Y. Miller
    Steve Shin
    Laura Storto
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, New York 10036-6710

    Raymond Perkins
    James Hilmert
    Winston & Strawn
    35 West Wacker Drive
    Chicago, Illinois 60601

    Attorneys for Plaintiffs TAP Pharmaceutical Products, Inc., Takeda Chemical Industries, Ltd., and Wako Pure Chemical Industries, Ltd.

**Takeda Chemical Industries, Ltd., and Wako Pure Chemical Industries, Ltd.**

    Gregory S. Norrod
    Heidi L. Belongia
    Michael Houston
    Foley & Lardner LLP
    321 North Clark Street, Suite 2800
    Chicago, Illinois 60610-4764

    Michael D. Kaminski
    Foley & Lardner LLP
    3000 K Street NW, Suite 500
    Washington, DC 20007-5143

    Attorneys for Takeda Chemical Industries, Ltd., and Wako Pure Chemical Industries, Ltd.

**Atrix Laboratories, Inc.**

By:     s/ Michael Jacobs
    Michael Jacobs
    Morrison & Foerster
    425 Market Street
    San Francisco, California 94105-2482

    Donald R. Ware
    Vickie L. Henry
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600

    Thomas R. Mulroy
    Steven M. Evans
    McGuire Woods LLP
    77 West Wacker Drive, Suite 4400
    Chicago, Illinois 60601-1681

    Attorneys for Defendant Atrix Laboratories, Inc.

**Sanofi-Synthelabo Inc.**

By:     s/ Lazar P. Raynal
    Bruce E. Fader
    Mara Lainie Taylor
    Proskauer Rose LLP
    1585 Broadway
    New York, New York 10036

    Richard C. Pettus
    King & Spalding LLP
    1185 Avenue of the Americas
    New York, New York 10036

    Lazar P. Raynal
    McDermott, Will & Emery LLP
    227 West Monroe
    Chicago, Illinois 60606-5096

    Attorneys for Defendant Sanofi-Synthelabo Inc.

SO ORDERED:

_____
Honorable James B. Zagel
United States District Judge

Dated: _____, 2007