**United States District Court, Northern District of Illinois**
| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
| --- | --- | --- | --- |
| **CASE NUMBER** | 03 C 7822 | **DATE** | 2/15/2007 |
| **CASE TITLE** | TAP PHARMACEUTICAL PRODUCTS, INC., ET AL vs. ATRIX LABORATORIES, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Enter stipulation of dismissal of all claims, including counterclaims, with prejudice and without costs.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
| --- | --- | --- |